Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.:

In the Matter of the Probate of the Will of MONROE L. DIX, Deceased. ELYNOR M. DIX et al., Appellants; DAVID C. ANCHIN, Respondent. (2 Proceedings.) — Motion for permission to appeal to the Court of Appeals denied, without costs.